Argued October 5—decided October 5, 1971

### DIAMOND NATIONAL CORPORATION *v.* EDWIN R. DWELLE ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is granted unless an assignment of errors is filed on or before November 1, 1971.

*James R. Fogarty, Jr.,* for the appellees (named defendant et al.).

*Rocco R. P. Perna,* for the appellant (plaintiff).

Argued October 5—decided October 5, 1971